452 A.2d 1089

Commonwealth v. Mancini, Appellant.
Petition for Allowance of Appeal Denied March 30, 1983.

Submitted February 17, 1982. Lawrence A. Ruth, for appellant; Ronald Thomas Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before JOHNSON, MONTEMURO and MONTGOMERY, JJ.

The Post Conviction Hearing Act Order dated April 8, 1981, is affirmed.